IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-11248
Conference Calendar
_____

CHARLES BRADEN,

                                        Plaintiff-Appellant,

versus

VICTOR RODRIGUEZ ET AL.,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:97-CV-901-A
- - - - - - - - - -
April 8, 1998

Before JOLLY, JONES, and DUHÉ, Circuit Judges.

PER CURIAM:*

    Texas prisoner Charles Braden, #725589, appeals from the dismissal of his civil rights complaint for lack of standing. Because Braden fails to demonstrate that he will sustain an immediate injury, his suit is not yet ripe for review. See Cinel v. Connick, 15 F.3d 1338, 1341 (5th Cir. 1994).

_____

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Braden's appeal is without merit and therefore frivolous.
See Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983).
Because the appeal is frivolous, it is DISMISSED.  See
5TH CIR. R. 42.2.  We caution Braden that any additional frivolous
appeals filed by him or on his behalf will invite the imposition
of sanctions.  To avoid sanctions, Braden is further cautioned to
review any pending appeals to ensure that they do not raise
arguments that are frivolous.

APPEAL DISMISSED; SANCTION WARNING ISSUED.